UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MARGARET SHANNON JOHNSON, Personal representative for the Estate of Patricia Gayle Hood, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 2:22-cv-00010 ) |
| WELLS FARGO BANK, N.A., LLG TRUSTEE TN LLC and IBERIABANK d/b/a IBERIABANK MORTGAGE, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The parties have filed a Joint Stipulation of Dismissal (Doc. No. 14). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE